UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEMIT MAWAKANA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-2069 (ABJ) |
| ) | |
| BOARD OF TRUSTEES OF ) | |
| THE UNIVERSITY OF ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to Federal Rules of Civil Procedure 12 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's motion to dismiss [Dkt. # 8] is **DENIED**.

**SO ORDERED**.

/s/ Amy B. Jackson
_____
AMY BERMAN JACKSON
United States District Judge

DATE: July 10, 2015